# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3987

_____

Teng Chu Palmer, also known as     *
Julia Deng Palmer,                 *
                                   *
            Appellant,             *
                                   *   Appeal from the United States
      v.                           *   District Court for the
                                   *   Western District of Missouri.
Carlos Gutierrez,[1] Secretary of the   *
Department of Commerce,            *      [UNPUBLISHED]
                                   *
            Appellee.              *

_____

Submitted: March 7, 2006
Filed:  March 17, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

The judgment of the district court is affirmed for the reasons stated in the opinion filed by the district court.  *See* 8th Cir. R. 47B.

_____

_____

[1]Carlos Gutierrez has been appointed to serve as Secretary of the Department of Commerce, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).